An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

FELTON L. MATTHEWS, JR.,
                    Appellant,
          vs.
LAS VEGAS JUSTICE COURT CLERK
DEPT. 7; MR. T. PHARRIS; SGT. KIM;
SGT. SHIELDS; WARDEN D. NEVEN;
JAMES G. COX; AND THE STATE OF
NEVADA,
                    Respondents.

No. 68355

**FILED**

JUL 27 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
         DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying appellant's motion to amend his complaint to add new parties. Eighth Judicial District Court, Clark County; Susan Johnson, Judge. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals two jurisdictional defects. First, to date no written order appears to have been entered. Thus, this appeal is premature and we lack jurisdiction over the appeal at this time. *See* NRAP 4(a)(6) (providing that "[a] premature notice of appeal does not divest the district court of jurisdiction" and that this court "may dismiss as premature a notice of appeal filed after the oral pronouncement of a decision or order but before entry of the written judgment or order"); *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 688-89, 747 P.2d 1380, 1381-82 (1987) (explaining that a minute order is ineffective for any purpose and cannot be appealed).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22567

Second, even if the court were to enter a written order, this court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). No statute or court rule authorizes an appeal from an order denying leave to amend a complaint; thus, the challenged order is not substantively appealable on this basis. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Hardesty

_____, J.        _____, J.
Douglas                            Cherry


cc:    Hon. Susan Johnson, District Judge
       Felton L. Matthews, Jr.
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]We deny as moot appellant's "Emergency Letter in Lieu of NRAP 65 'Permission to file Motion for Summary Judgment in Support of Substantive Relief and Motion for Summary Judgment in Support of Substantive Relief."